UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA　　　:
　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　:　CASE NO. 21-MJ-565
　　　　　　　　　　　　　　　　:
JEFFREY SCOTT BROWN,　　　　　:
　　　　　　　　　　　　　　　　:
　　　　Defendant.　　　　　　　:

## TRANSPORT ORDER

It is hereby ORDERED that the United States Marshals Service transport the defendant Jeffrey Scott Brown forthwith from the Central District of California to the District of Columbia for further proceedings in this matter.

Date: 9/9/2021

HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE