# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| v. | : | Case No. 21-CR-178 (APM) |
| | : | |
| Jeffrey Brown, | : | |
| *Defendant*. | : | |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the Defendant, Jeffrey Brown, in the above-captioned case.

Dated: January 17, 2022                              Respectfully Submitted,


                                                     /s/
                                                     Farheena Siddiqui
                                                     District of Columbia Bar No. 888325080
                                                     Law Office Samuel C. Moore, PLLC
                                                     526 King St., Suite 506
                                                     Alexandria, VA 22314
                                                     Email: fsiddiqui@scmoorelaw.com
                                                     Phone: 703-535-7809

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January, 2022, I electronically filed the foregoing with the Clerk of Court Using the CM/ECF system, which will then send a notification of such filing (NEF) to:

>Mitra Jarary-Hariri
>Assistant United States Attorney Detailee
>211 W. Fort Street, Suite 2001
>Detroit, MI 48226
>mitra.jafary-hariri@usdoj.gov
>Tel:(313) 226-9632

>/s/
>Farheena Siddiqui
>District of Columbia Bar No. 888325080
>Law Office Samuel C. Moore, PLLC
>526 King St., Suite 506
>Alexandria, VA 22314
>Email: fsiddiqui@scmoorelaw.com
>Phone: 703-535-7809