UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br><br>  v.<br><br>**PETER SCHWARTZ et al.,**<br><br>  Defendants. | )<br>)<br>)<br>)<br>) Criminal No. 21-cr-00178-01-02-03-04<br>)<br>) (APM)<br>)<br>)<br>) |

### PRETRIAL ORDER

Trial is set to commence in this matter on November 1, 2022, at 9:30 a.m., in Courtroom 10. The following deadlines shall govern pre-trial proceedings:

1. The parties shall file any motion pursuant to Federal Rule of Criminal Procedure 12(3)(A)–(D) on or before **August 23, 2022**; oppositions shall be filed on or before **September 6, 2022**; and replies shall be filed on or before **September 13, 2022**.

2. The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **October 4, 2022**.

3. Motions in limine shall be filed on or before **October 5, 2022**; oppositions shall be filed on or before **October 12, 2022**; and replies shall be filed on or before **October 19, 2022**.

4. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **October 25, 2022**. Any *Brady* material not already disclosed also must be disclosed by this date.

5. On or before **October 14, 2022**, counsel shall file a Joint Pretrial Statement that contains the following:

    a. <u>A neutral statement of the case</u>.  The parties shall include a neutral statement of the case for the court to read to prospective jurors.

    b. <u>Proposed or modified voir dire questions</u>.  Attached as Appendix A is a list of the court's standard voir dire questions, with questions added that are relevant to this case.  The parties shall state (1) any objections to the standard voir dire questions; (2) any modifications to the standard voir dire questions; and (3) any additional proposed questions.  If a party objects to a proposed modification or additional question, then that party shall state the grounds for the objection.

    c. <u>Proposed jury instructions</u>.  The parties shall submit a list of all standard jury instructions from the "Red Book" (*Criminal Jury Instructions for D.C.* (Barbara A. Bergman ed., May 2016 ed.)) that they wish to include in the final instructions.  The parties need not submit the full text of any standard jury instruction, but should provide the full text of (1) any modified standard jury instruction, with the proposed modification(s) redlined, and (2) any non-standard jury instruction they wish to have the court include.  As to each non-standard jury instruction, the sponsoring party should cite legal authority for the proposed instruction, and the non-sponsoring party should state any objection to the instruction, including any proposed modifications.

      d. <u>List of witnesses</u>.  The parties shall identify the witnesses that each side anticipates it may call in its case-in-chief.  Only upon leave of court and a showing of good cause will a party be permitted to withhold a witness' identity.

      e. <u>Exhibit lists</u>.  The parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief.  The parties need not list any exhibit that might be used for purposes of impeachment.  The parties should confer with Courtroom Deputy Jean Claude about the format of the exhibit list.  The parties *should not* provide a copy of the exhibits to the court, but must exchange pre-marked exhibits.  The parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference.  The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

      f. <u>Stipulations</u>.  The parties shall submit a draft of all stipulations.

      g. <u>Proposed verdict form</u>.  The parties shall include a draft verdict form, including any special interrogatories.  The draft verdict form should include a date and signature line for the jury foreperson.

6. In addition to filing the Joint Pretrial Statement on **October 14, 2022,** the parties shall transmit, in Word format, an electronic copy of (a) any proposed modification to a standard jury instruction, (b) any non-standard jury instruction, and (c) the verdict form by email to the Courtroom Deputy Jean Claude Douyon at Jean-Claude_Douyon@dcd.uscourts.gov.

7. Counsel shall appear on **September 16, 2022**, at 1:00 p.m., for a hearing on Rule 12 pretrial motions, if necessary.

8. Counsel shall appear on **October 21, 2022**, at 3:00 p.m., for a Pretrial Conference.

Date: February 21, 2022

Amit P. Mehta
United States District Court Judge