# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) )  ) Criminal No. 21-cr-00178-02 (APM) |
| v. | ) ) |
| **JEFFREY SCOTT BROWN,** | ) ) |
| **Defendants.** | ) ) |

## ORDER

Defendant Jeffrey Brown's Motion to Reconsider Bond Status and Release Pending Trial, ECF No. 75 [hereinafter Def.'s Mot.], is hereby denied.

The sole basis for Defendant's motion is his lack of access to discovery to date. *Id.* at 4–6. Defendant seeks release under two code provisions: (1) 18 U.S.C. § 3142(f) and (2) 18 U.S.C. § 3142(i). Def.'s Mot. at 4–5. Defendant's inability to access discovery, however, is not information that is "material" to the "issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f). Moreover, Defendant has not identified any "appropriate person" to whom he could be released under 18 U.S.C. § 3142(i). *See United States v. Lee*, 451 F. Supp. 3d 1, 10 (D.D.C. 2020) (denying motion for release for failure to establish proposed custodian as an "appropriate person").

If Mr. Brown still has not received access to a laptop to review discovery that counsel has delivered or to the Evidence.com platform, counsel shall notify the court, so that the court can address this matter with the Department of Corrections.

Date: April 1, 2022

_____
Amit P. Mehta
United States District Court Judge