**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-178 (APM) |
| | : | |
| JEFFREY BROWN, | : | |
| Defendant. | : | |
| | : | |

**<u>ORDER</u>**

This matter having come before the Court on Defendant Jeffrey Brown's Motion to Modify a Condition of Release and for the reasons shown, it is therefore,

ORDERED that the Motion is GRANTED, and the Court's Order Setting Conditions of Release (ECF No. 108) is hereby modified to permit Mr. Brown to travel to and from (1) his local polling place on November 8, 2022, to exercise his constitutional right to vote; and (2) his local barber shop to get a haircut before his November 22, 2022, jury trial.

_____
Amit P. Mehta
United States District Court Judge