CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

PETER SCHWARTZ, Markus Maly and Jeffrey Scott Brown

Civil/Criminal No.: 21-cr-178 (APM)

## NOTE FROM JURY

If the jury finds a defendant guilty of aiding and abetting, should we notate that any differently on our verdict form, or do we simply mark "guilty"?

Date: 12/6/22

Time: 3:20 pm

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

PETER SCHWARTZ

Civil/Criminal No.: 21-cr-178 (APM)

## NOTE FROM JURY

*The jury has reached a verdict on all points*

Date: 8 12/6/22

Time: 3 30 pm