UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CASE NO. 21-cr-178-APM |
| v. | : |
| JEFFREY SCOTT BROWN, | : |
| Defendant. | : |

## VERDICT FORM

**Count 2:**    **Obstructing Officers During a Civil Disorder**

__X__              _____
Guilty                      Not Guilty

**Count 7:**    **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

__X__              _____
Guilty                      Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____             _____
Guilty                      Not Guilty

**Count 9:** Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

_____X_____                               _____
Guilty                                                    Not Guilty

If you have marked Guilty as to Count 9 above, proceed to Count 10. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____                              _____
Guilty                                                    Not Guilty


**Count 10:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

_____X_____                               _____
Guilty                                                    Not Guilty

If you have marked Guilty as to Count 10 above, proceed to Count 11. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                              _____
Guilty                                                    Not Guilty

**Count 11:** Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

___X___  
Guilty

_____  
Not Guilty

If you have marked Guilty as to Count 11 above, proceed to Count 12. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____  
Guilty

_____  
Not Guilty

**Count 12:** Disorderly Conduct in a Capitol Building

___X___  
Guilty

_____  
Not Guilty

**Count 13:** Act of Physical Violence in a Capitol Building

___X___  
Guilty

_____  
Not Guilty

Dated this __6__ day of __December__, 2022