UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY SCOTT BROWN,<br><br>　　　　Defendant. | Case No. 1:21-cr-00178-APM |

**FEDERAL PUBLIC DEFENDER'S NOTICE OF WITHDRAWAL**

　　The Office of the Federal Public Defender, by and through its undersigned counsel, for Defendant, Jeffrey Scott Brown, informs the Court that Deputy Federal Public Defender Andrea Jacobs terminates her appearance as counsel of record in this matter. Defendant, Jeffrey Scott Brown has retained counsel and shall remain on docket at the time of this filing.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: December 12, 2022　　　　By　/s/ Andrea Jacobs
　　　　　　　　　　　　　　　　　　ANDREA JACOBS
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　　　(Cal. Bar No. 236892)
　　　　　　　　　　　　　　　　　　(E-Mail: andrea_jacobs@fd.org)
　　　　　　　　　　　　　　　　　　Office of the Federal Public Defender, C.D. Cal
　　　　　　　　　　　　　　　　　　411 West Fourth Street, Suite 7110
　　　　　　　　　　　　　　　　　　Santa Ana, CA 92701
　　　　　　　　　　　　　　　　　　Telephone:  (714) 338-4500
　　　　　　　　　　　　　　　　　　Facsimile:  (213) 894-0081