# EXHIBIT 1

February 7, 2023

Honorable Judge Amit Mehta
United States District Court
District of Columbia
333 Constitution Avenue
Washington, D.C. 20001

Re:   Jeffrey Scott Brown- Sentencing

Your Honor:

My name is Shirley Nilsson, and I am the mother of Jeffrey Brown.

Since I have known Jeff all his life, I would like to ask you to consider things I believe you should know about him.

1.   Jeff has always worked for the betterment of himself and his community.

2.   Jeff is an Eagle Scout and his final project was to build benches and tables for a local park.

3.   Jeff put himself through college as his father and I were not able to afford it.

4.   Jeff has been gainfully employed all of his adult life sometimes as an entrepreneur and sometimes working for others.

5.   Jeff is a true friend to those he befriends and has kept in touch with them for many years.  He is honest and faithful.

6.   Jeff has helped me in so many ways.  When his father and I divorced many years ago after 31 years of marriage he helped me through the rough spots by helping me around the house and with my car even though he was not living close to me.

When my second husband, who Jeff was fond of, passed away he was there for me again. I was living in Idaho and he was in California but he let me stay with him for a couple of weeks and spent time with me going places and seeing things to help me with my grief.

When his father remarried to someone who drained his resources, he was there for him and bought him clothes and a washing machine for which his father never even thanked him.

I understand the trouble Jeff is in. He made a bad decision by going to the Trump rally and going to the Capitol. He understands this now and has learned from this experience.

He has been confined for over a year and a half and has suffered a lot. Additional confinement is not the solution. He needs to be returned to his friends and family that love him and want to help him get back to his future. I am more than willing to do anything you ask to have my son back. I miss him so much and since I am 80 years old may not have that much time left with him.

Respectfully,

*Shirley Nilsson*

Shirley Nilsson

Honorable Judge Amit P. Mehta
United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: *Jeffrey Brown's Sentencing*

Dear Judge Mehta:

My name is Kathy Gaughran. I am a Senior Brand Strategist at a healthcare advertising agency, where I have worked for over 25 years. I have two adult children who recently graduated from universities in California. I have owned my own home for over 18 years, in the town where I grew up.

Jeff and I have been romantic partners for 7 years. He and I have both been previously married. We opted not to live together until my kids were officially out of the house. Jeff had been living close to me, in a rental property, at the time he was arrested.

Jeff's decision to go to the Capital was quick. My mother had a severe stroke in November of 2019. The night of her stroke, Jeff wasn't able to reach me on my mobile, he was living with his friend Shane in LA, at the time. He drove to six different hospitals throughout Orange County looking for us. That meant so much. He was with me, and her, constantly throughout that following year. She had multiple surgeries following her stroke and Jeff was always present. He was such a comfort to both of us.

My mother passed away October 15th, 2020. We were heartbroken. It was a surprise when Jeff decided to go to the Capitol. The media, and the prosecution told stories of Jeff planning and coordinating. There was no planning, he was with me, my family, and my ailing mother. He met a few people in Huntington Beach who mentioned they were going and that he should check Parler. That was it. It has been heartbreaking to hear all of the stories that have been made up about him.

My daughter read the stories, I reassured her he is the same man she has known and loved for the past 7 years. Jeff has always been wonderful with my kids, he has been a caring supportive parental figure to both of them. My daughter hasn't seen him since all of mistruths about Jeff have been published. She said "none of this sounds like Jeff", because it isn't. This has been so difficult on our family.

My mother loved Jeff. She would say "he is always making sure I am cared for and have what I need". My sister's eulogy at my mom's funeral service was largely about Jeff, and how much he meant to my mom.

I knew my mom was failing, so Jeff and I were trying to work through her "bucket list". She was fascinated with airplanes. Since Jeff is a flight instructor, he took us up on a private flight over her house. He had placed bright neon pink poster boards on her roof so she could tell which house was hers.

I took my mom to the Ram's/Chargers game, as my mother was Aaron Roger's biggest fan! She dressed in her Aaron Rogers' jersey, complete with her cheese head. Jeff offered to drive us since my mother had difficultly getting around. On the way he stopped at Dicks Sporting Goods, he came out with a cane that also acted as a stool for my mom. He dropped us off at the gate and picked us up, after the game. It was one of her best days. Jeff is incredibly thoughtful and caring.

Jeff was an Eagle Scout, and I think it's worth mentioning that he was also the go-to babysitter for the church he grew up in, for years. As a mother, I know this is a big deal. Mothers only hire baby sitters they trust. He is a good man, with a good heart. He is kind and honest.

I feel Jeff was lumped in with Pete Schwartz. I am not attempting to arguing Jeff's innocence, however, I would like to see his punishment fit his crimes. Jeff had a very different attitude going to the protest on January 6 than his codefendants. That is all he wanted to do, protest. He had no intention of getting into any trouble. That is not in him. He really just got caught up in the moment. He has no prior arrests. He was unarmed and by himself. He had never met Peter or Marcus prior to Jan 6. Also, he had been watching the news and felt, based on what he was watching, that there was a reason to protest. Also, the sitting President told them to peacefully protest. This meant something to Jeff.

When I first met Jeff, I was impressed with his solid, long-term friendships. I believe that says a lot about someone's character.

Jeff has spent a over year in really challenging confinement. He has been transferred over 8 times and each time had to undergo Covid quarantine. He has remained cooperative and has been placed in "honor" pods as a Trustee in several of the facilities he has been in. He told me just yesterday that he has prepared over 90,000 meals during his incarceration.

I believe he has more than learned from this experience, and I ask that additional confinement not be the solution, he needs to be back with his family and community. I ask that he be released with time served. As you are aware, Jeff has no prior criminal record.

Your Honor, I truly believe Jeff feels a great deal of remorse for his decisions on that day. I can say with confidence, that he will not do anything of this nature again. Upon Jeff's release, he will be living with me in Orange County. I will be available to assist and support Jeff, by whatever means necessary, throughout the entire process and beyond. I will do my best to ensure he remains an upstanding member of the community and is not involved in anything similar.

Respectfully yours,

*Kathy Gaughran*

Kathy Gaughran

Date 02/13/2023

Honorable Judge Amit P. Mehta United States District Court District of Columbia
333 Constitution Avenue N.W. Washington D.C. 20001
Re: Jeffrey Brown's Sentencing

Your Honor:

I have been in Jeff Brown's life for 30 years and in that enormous amount of time, Jeff has always been and continues to be a loyal, and thoughtful friend.

Although our relationship is based on great friendship, Jeff has been more like a bother to me in every way. Jeff, on numerous occasion throughout the years, has alway been eager to step in to help, whether with our kids, or figuring out and fixing just about anything. His skills in IT, although self taught, have been an extraordinary asset over the years. His dedication to detail is unmatched and in concert with his positive energy, Jeff is a joy to be around.

I introduced Jeff to aviation many years ago and after his first lesson he was hooked. Quickly surpassing my flying skills, Jeff advanced to become a multi engine, instrument flight instructor, responsible for many commercial airline pilot careers today. In fact, Jeff eventually helped me to complete my pilots license. Now my son just received his pilots certificate, of which, Jeff was a strong influence. My two boys have always been encouraged by Jeff, like they were his own. supportive, loving and eager to jump in to share/teach his many passions in life.

It breaks our hearts to see a great man in such turmoil. Jeff is a person who loves America and all Americans. He has always been a passionate man, and when the opportunity presented itself for Jeff to travel to support his political choice, he enthusiastically jumped at the chance. I remember how spontaneous his decision to go to D.C, January 6th was. It certainly was not on his calendar, and his decision to go was simply based on the inexpensive flights, allowing him to go last minute.

Clearly this ordeal has gone from a moment of enthusiastic support of a political figure, to what could easily be described as an unforeseen nightmare for Jeff and many others in his shoes today. I am sure if Jeff could have conceived where he is today, he certainly would have gone left instead of right, and is surely regretting his choice to be in D.C that day. I promise you, Your Honor, Jeff is a good and faithful man and in my humble opinion, the world would be better served with him in our community, where he can continue to positively impact those lives around him. In addition, Jeff is a huge supporter of the men and women in blue. The last thing he would have ever wanted, is putting our peace officers in harms way, or be involved in an activity that would contradict his respect for them.

Your Honor, should you decide to hold Jeff in custody, I (alone with so many others), will remain available to help and assist Jeff through the process. I do know that he feels that he has, over the many months during his incarceration, reflected on all of this and truly regrets it all. I spent sometime at the house where he was confined in California, during the time that you released him last year. I have to say, in speaking to him about this, I witnessed his enthusiasm to be home again and continue his life, a positive influence to others, is something he desires tremendously. When that actually happens, Jeff has a place in my business and home, with the opportunity to continue life as much as possible as it was prior to all this.

I truly believe, Jeff has had a lot of time to consider his involvement that day, and has definitely learned from this unfortunate experience. In my humble opinion, Your Honor, to continue with further confinement for Jeff, would be taking a good man from a loving family and large group of close friends. We would all agree, he is sadly missed. We have all felt the impact of this too, and we are so ready for Jeff to be home again where he truly belongs.

I trust your decision and am so thankful to you for taking your valued time to read and consider my letter for Jeff, today.

Respectfully yours,

Shane A. Maguire

Date April 6, 2023

Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: Jeffrey Brown's Sentencing

Your Honor,

I have been a close friend of Jeff Brown's for almost 20 years. I am an owner/operator of an established business in Southern California. Jeff and I lived in the same neighborhood for over 10 years, and have remained close friends, both personally and professionally, long after we both moved.

We had a close-knit community group in our neighborhood. About 20 of us would get together on a weekly basis to play cards and socialize. This group, along with Jeff, has continued to meet for poker for many years, and continues to this day. We miss him and look forward to his release.

I am writing this letter to offer more insights of who Jeff is as a person. Jeff is someone I have always been able turn to for help and support. He was there for me through difficult times that I have had in my life, including my divorce. He was morally supportive and helped me figure out a plan of action, and actually helped me financially as well.

While living in our neighborhood, we watched Jeff as he volunteered for a kitten foster group. He cared for the abandoned kittens, and found loving homes for many.

Jeff is a solid and loyal friend. I trust him. I respectfully request Jeff be released with time served. I know he is remorseful for his actions.

Thank you for your consideration.

Sincerely,

Jason Rutherford

February 14, 2023

Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

Re: Jeffrey Brown's Sentencing

Your Honor:

My name is Alice Mishica. I am a single female, business owner, and mother to a beautiful foster daughter.

I first met Jeff six years ago when he started dating my cousin, Kathy. During family gatherings and visits with my Aunt Margaret (Kathy's mother) he would pop in to say hello while in the area. We attended concerts and enjoyed bar-b-cues on multiple occasions. Jeff struck me as an intelligent, well read, and competent.

His true colors came to light after my Aunt Margaret had her stroke. She spent about two months in a rehabilitation facility, the maximum allowed under her insurance. At that point, it was either send her to a nursing facility or find a way for her to return to her home. Jeff took the lead in making Margaret's return to her home possible - installing grab bars, stabilizing stair railings, moving furniture, hanging white boards so that she could keep track of her daily routine... all of which were instrumental in her recovery. We will forever be grateful for his expertise.

Any time I have asked Jeff for help with projects I couldn't accomplish myself, he immediately stepped up - fencing at my house, shade cloth in my garden, nesting box for chickens... he's always willing to help!

I'm writing this letter because there's no way you, or anyone, can know the full colors of another person. The spectrum is far too vast. But hopefully, this will give you a glimpse of the Jeff I know. His heart is large and full of passion for people and life.

I realize that Jeff has been found guilty. I'm not in denial of his actions, nor is he. I truly believe the time he has already spent in prison has brought Jeff an alternative perspective to the January 6th events and his participation in them. If he knew then what he knows now I'm sure he would have done things a bit differently. Hindsight is always 20/20.

If there is anything more I can do to express my support or clarify any of my statements, please don't hesitate to contact me.

Thank you for your time and consideration.

Respectfully,

Alice Mishica

2-17-2023

Honorable Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: Jeff Brown

Your Honor,

I have known Jeff for many, many years. Jeff's significant other (Kathy) is my sister. I am a retired teacher here in California. I taught for 37 years. I was at the same school for 35 years. I taught siblings, and then eventually their children! I retired before one of them said, "You taught my grandma!" Ha!

Jeff is a very significant part of our family! He is incredibly kind and loving towards everyone in it, and it's quite large! My Mom and Dad had 5 children (add spouses), 14 grandchildren, and 22 great-grandchildren! Jeff loved to be involved in any family activity (holidays, bbqs, birthdays, etc.) He'd bbq, play with the kids in the pool/beach, and visit with all of the adults. As you can imagine, he is very much missed by all!

Jeff had a very special bond with our Mother. He was always doing things for her. Mom was an airplane fanatic. She loved to watch them fly overhead and was always wondering where they were going. One day Jeff surprised her by renting a plane, and taking her flying (with my sister)! He took her over the ocean (which she loved), and then over her house. Jeff had put a bright pink poster board in the backyard, so she could tell which house was her's! Our mother raved about that until the day she passed (at 92 years of age)! My sister made a picture book for her and she showed it to EVERYBODY! This adventure was just a few years before her passing. Jeff gave a beautiful speech at her "Celebration of Life"!

My sister and I have dreams of Jeff coming home and being an asset to the communities around us! We could set up a program that would enable him to take elderly people on flights around the area. That would be so much more beneficial (community service) than him continuing to be confined! My feeling is that he needs to be back with his/our family, and we know he would do good things for the community!

I am very thankful that you took the time to read my letter, and so hope that you consider putting this kind, sweet, generous, loving man back into our homes, families and communities, as opposed to confinement.

Respectfully Yours,
Peggy Basarab

*Peggy Basarab*